UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL CRAIG, on behalf of himself
and all others similarly situated

        Plaintiff,

v.                                  Case No:  2:15-cv-72-FtM-38DNF

PATINELLA'S CHICKEN GRILL
COLLEGE PARKWAY, LLC and
SHELLY PATINELLA,

        Defendants.

_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal

(Doc. #14) filed on April 10, 2015. Federal Rule of Civil Procedure 41(a)(1)(A), allows a

plaintiff to dismiss a case without a court order.  The rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute,
> the plaintiff may dismiss an action without a court order by filing:
> (i)     A notice of dismissal before the opposing party serves either an
>          answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff Michael Craig dismisses this action without prejudice.

Defendants Patinella's Chicken Grill College Parkway, LLC and Shelly Patinella have not

filed an answer or motion for summary judgment. Plaintiff explains he has not recovered

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

monetary damages and has given his consent to dismiss this FLSA action. As a result, this matter is due to be dismissed pursuant to Rule 41(a)(1)(A)(i).

Accordingly, it is now

**ORDERED:**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. #14) and Rule 41(a)(1)(A)(i), the Complaint (Doc. #1) is **DISMISSED without prejudice**. The Clerk is directed to terminate any pending motions, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies:  All Parties of Record